ACCEPTED
03-15-00285-CV
5697417
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/16/2015 2:42:49 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/16/2015 2:42:49 PM
JEFFREY D. KYLE
Clerk

June 16, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
209 West 14th Street, Room 101
Austin, Texas  78701

**RE:   CASE NO. 03-15-00285-CV**
**Volkswagen Group of America, Inc. And Audi of America, Inc. v. John Walker, III, in his Official Capacity as Chairman of the Texas Department of Motor Vehicles Board, and The Honorable Michael J. O'Malley and The Honorable Penny A Wilkov, in their Official Capacities as Administrative Law Judges for the State Office of Administrative Hearings**

Dear Mr. Kyle:

On June 15, 2015, the Appellants in this case filed a Motion for Temporary Relief to Protect the Court's Jurisdiction.  That motion, as required by the Court's rules, contained a Certificate of Conference in which it stated I, as counsel for Appellee John Walker III, did not oppose the Motion.  While I did in fact convey that sentiment to Appellant's counsel, I mistakenly assumed that the opposition related to only the filing of the motion, not the relief requested.  This was purely a mistake on my part to not ask for clarification as to the question being asked.  I certainly had no opposition the filing of Appellants' Motion for Temporary Relief but do, in fact, oppose the relief requested therein.  Please note Appellee Walker's opposition to the request for Temporary Relief contained in Appellants' Motion.

I apologize to Ms. Stephens and the Court for the misunderstanding.

Yours Truly,


*/s/ Dennis M. McKinney*
Dennis M. McKinney
Assistant Attorney General
*Counsel for Appellee John Walker, III.*

cc:     S. Shawn Stephens, via e-service or email
           William R. Crocker, via e-service or email
           J. Bruce Bennett, via e-service or email
           Kimberly Fuchs, via e-service or email